IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| KYLEE M. PAUGH,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | EP-20-CV-154-DB |
| LOCKHEED MARTIN<br>CORPORATION,<br>    Defendant. | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

On this day, the Court issued a Memorandum Opinion and Order granting summary judgment on all claims in the above-captioned case. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE.**

SIGNED this ___7th___ day of May 2021.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE