# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| KYLEE M. PAUGH § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:20-cv-154 |
| § | |
| LOCKHEED MARTIN CORPORATION, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

Kylee M. Paugh and Lockheed Martin Corporation, having stipulated to the dismissal with prejudice of all claims in this lawsuit, it is accordingly,

ORDERED and ADJUDGED that all of Kylee M. Paugh's claims against Lockheed Martin Corporation in this lawsuit shall be, and hereby are, DISMISSED WITH PREJUDICE, with each party to bear her or its own costs of court and attorneys' fees.

SIGNED this 2nd day of OCT., 2023.

_____
UNITED STATES DISTRICT JUDGE