IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **KYLEE M. PAUGH,**<br>    Plaintiff, | § § § | |
| v. | § § | EP-20-CV-00154-DB |
| **LOCKHEED MARTIN CORP.,**<br>    Defendant. | § § § | |

## FINAL JUDGMENT

On October 2, 2023, the Court entered an order dismissing all claims in the above-captioned case. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

SIGNED this 2nd day of **October 2023**.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE